IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT DANG,

    Plaintiff,

v.

MERRILL LYNCH PIERCE FENNER & SMITH, INC.,

    Defendant.

No. C 11-03724 JSW

**ORDER RE CASE MANAGEMENT CONFERENCE**

On August 10, 2011, this Court set a case management conference for December 2, 2011. The order required that the parties be represented by lead counsel and prepared to discuss all items referred to in the order setting the case management conference and with the authority to enter stipulations, make admissions, and to agree to further scheduling dates. On December 2, 2011, counsel appearing for defendant, who does not appear on the Court's docket, represented that she was not in fact lead counsel.

Accordingly, the Court CONTINUES the case management conference to December 9, 2011 at 1:30 p.m. The Court HEREBY ORDERS the personal appearance of Sam Dawood, listed on the Court docket as lead counsel for Defendant, and a client representative of Merrill Lynch Pierce Fenner & Smith, Inc. to be present at the calling of the case.

///

///

///

In addition, Plaintiff shall file a declaration by no later than December 7, 2011 setting forth the attorneys' fees expended for his appearance on December 2, 2011.

**IT IS SO ORDERED.**

Dated: December 5, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE